UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MEREDITH,  <br>　　　　　Plaintiff(s),  <br>vs.  <br>OCWEN LOAN SERVICING, LLC, et al.,  <br>　　　　　Defendant(s). | Case No. 2:15-cv-00454-RFB-NJK  <br>ORDER  <br>(Docket No. 17) |

Pending before the Court is the parties' proposed discovery plan, Docket No. 17, which is hereby **DENIED** without prejudice. First, the parties seek more than the presumptively reasonable 180-day discovery period, but the only reason provided for the special scheduling review is that it will "provide the parties an equal 180 days to conduct discovery in this matter, reducing the likelihood of a later request for discovery deadline extensions." Docket No. 17, at 2. Such conclusory statements are insufficient to allow a longer discovery period. Second, the parties incorrectly calculate the number of days for discovery from the Rule 26(f) conference, when the period must be calculated from the date the first defendant answers or otherwise appears. *See* Local Rule 26-1(e)(1). Third, the parties fail to include the deadline for submitting the interim status report. *See* Local Rule 26-3. Accordingly, the pending proposed discovery plan is hereby **DENIED** without prejudice. The parties shall file a proper proposed discovery plan no later than June 26, 2015.

IT IS SO ORDERED.

DATED: June 19, 2015

_____  
NANCY J. KOPPE  
United States Magistrate Judge