Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MEREDITH,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, CHASE CARD SERVICES, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:15-cv-00454-RFB-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC** |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Raymond Meredith ("Plaintiff") and Defendant Ocwen Loan Servicing, LLC ("Ocwen") stipulate to dismiss with prejudice Plaintiff's claims against Ocwen only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 18th day of May 2016.

**Kazerouni Law Group, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No.: 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Wright, Finlay & Zak, LLP**

By:  /s/  Dana Jonathon Nitz
Dana Jonathon Nitz, Esq.
Nevada Bar No.: 50
Paterno C. Jurani, Esq.
Nevada Bar No.: 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:   May 19, 2016._____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 18, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT OCWEN LOAN SERVICING, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
      Michael Kind
      7854 W. Sahara Avenue
      Las Vegas, NV 89117